JUDGE MARRERO

08 CV 2805

Vincent Chirico, Esq. (VC-1293)
Mikhail Ratner, Esq. (MR-6264)
SILVERMAN SCLAR SHIN & BYRNE, PLLC
*Attorneys for Defendant*
381 Park Avenue
New York, New York 10016
(212) 779-8600

COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MAR 17 2008
U.S.D.C. S.D. N.Y.
CASHIERS

------------------------------------------------------------ X
HARRY DOUGLAS,

                Plaintiff,

    - against -                  **RULE 7.1 STATEMENT**

PROTECTIVE LIFE AND ANNUITY
INSURANCE COMPANY,

                Defendant.
------------------------------------------------------------ X

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Protective Life and Annuity Insurance Company certifies that the following corporate parent of defendant is a publicly held company:

    1.    Protective Life Corporation, 2801 Highway 280 South Birmingham, Alabama 35223.

Dated: New York, New York
March 17, 2008

                    Yours, etc.,

                    SILVERMAN SCLAR SHIN & BYRNE PLLC

                    By: _____
                          Vincent Chirico, Esq. (VC-1293)
                          Mikhail Ratner, Esq. (MR-6264)
                    *Attorneys for Defendant*
                    381 Park Avenue South, Suite 1601
                    New York, New York 10016
                    (212) 779-8600

To:

Richard H. Abend, Esq.
LINDENBAUM & SILBER, PLLC
*Attorneys for Plaintiff*
419 Park Avenue South, 2nd Floor
New York, NY 10016

241481-1                 2

## AFFIRMATION OF SERVICE

I, MIKHAIL RATNER, ESQ., attorney for defendant Protective Life and Annuity Insurance Company, hereby affirm that I am duly authorized to make this affirmation; that on the 17th day of March, 2008, I caused a copy of the foregoing Rule 7.1 Statement to be by hand to the attorney for plaintiff, Harry Douglas:

>Richard H. Abend, Esq.
>LINDENBAUM & SILBER, PLLC
>419 Park Avenue South, 2nd Floor
>New York, NY 10016

_____
MIKHAIL RATNER