| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------X<br>HARRY DOUGLAS,<br><br>                      Plaintiff(s),<br><br>      -against-<br><br>PROTECTIVE LIFE & ANNUITY INSURANCE<br>COMPANY,<br><br>                      Defendant(s).<br>------------------------------------------------------------X | 08 CV 2805<br><br><br><br><br>APPEARANCE |

To the Clerk of this court and all parties of record:

      PLEASE TAKE NOTICE that the undersigned attorney, duly admitted to practice law in this Court, hereby appears as counsel for the plaintiff, Harry Douglas, in this action.

Dated:   March 13, 2008
           New York, New York

                                            Respectfully submitted,

                                            _____
                                            Richard H. Abend (RA0135)
                                            Email: rabend@nymedlaw.com
                                            LINDENBAUM & SILBER, PLLC
                                            419 Park Avenue South
                                            New York, New York  10016
                                            Telephone:  212.532.0154
                                            Facsimile:  212.532.8221

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on March 19, 2008, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                             Richard H. Abend (RA 0135)