UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HARRY DOUGLAS,   08 CV 2805

      Plaintiff,

-against-   JURY DEMAND

PROTECTIVE LIFE & ANNUITY INSURANCE
COMPANY,

      Defendant.
------------------------------------------------------------------X

TO:

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
United States Courthouse
500 Pearl Street
New York, NY 10007

      **PLEASE TAKE NOTICE**, that the undersigned hereby demand(s) a trial by jury on all issues in this action.

Dated: New York, New York
      March 19, 2008

                Yours, etc.,
                LINDENBAUM & SILBER, PLLC
                Attorney for Plaintiffs

                By: _____
                    Richard H. Abend (RA0135)
                Email: rabend@nymedlaw.com
                LINDENBAUM & SILBER, PLLC
                419 Park Avenue South
                New York, New York  10016
                Telephone: 212.532.0154
                Facsimile:  212.532.8221

To:
SILVERMAN SCLAR SHIN & BYRNE, PLLC
381 Park Avenue South
New York, NY 10016
(212) 779-8600

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on March 19, 2008, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

_Richard H. Abend (RA 0135)