■ ■ ■

## SILVERMAN SCLAR SHIN & BYRNE PLLC

381 PARK AVENUE SOUTH
16TH FLOOR
NEW YORK, NY 10016
212.779.8600
Facsimile: 212.779.8858

May 28, 2008

Writer's Direct Dial No.  646-822-1161
E-mail:   mratner @silverfirm.com

**VIA FACSIMILE (212) 805-6382**

Hon. Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
Suite 660
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-29-08
```

Re: Douglas v. Protective Life and Annuity Insurance Co., 08-cv-3605
2805

Dear Judge Marrero,

    We represent defendant Protective Life and Annuity Insurance Co. in the above-captioned matter. Pursuant to Your Honor's individual practice rules, we write to respectfully request a three-week adjournment to June 20, 2008 of the initial conference, currently scheduled for May 30, 2008. Counsel for plaintiff, with whom we have conferred on this matter, joins in this request.

Respectfully submitted,

*[signature]*

Mikhail Ratner, Esq.

cc: Richard H. Abend, Esq. (via e-mail)

```
Request GRANTED. The initial status
conference herein is rescheduled to 6-20-08
at 9:30 a.m.

SO ORDERED.

5-28-08                    [signature]
DATE        VICTOR MARRERO, U.S.D.J.
```

245860-1