| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------X<br><br>HARRY DOUGLAS,<br><br>        Plaintiff,<br><br>-against-<br><br>PROTECTIVE LIFE & ANNUITY INSURANCE COMPANY,<br><br>        Defendant.<br>------------------------------------------------------------X | 08 CV 2805 (VM)<br><br>**CONSENT TO CHANGE ATTORNEY** |

    IT IS HEREBY CONSENTED THAT ABEND & SILBER, PLLC of 419 Park Avenue S., 2nd Fl., New York, New York 10016 be substituted as attorney(s) of record for the undersigned party in the above-entitled action in place and stead of the undersigned attorney(s) as of the date hereof.

Dated: New York, New York
       May 29, 2008

                                                      Harry Douglas

                                                      Abend & Silber, PLLC

                                                      Lindenbaum & Silber, PLLC

May 29, 2008

RICHARD H. ABEND
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02AB6087963
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MARCH 03, 2011