May 29 08 10:05a                                                                                  p.3

|  |  |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK<br>--------------------------------------------------------------X<br>HARRY DOUGLAS,<br><br>             Plaintiff,<br><br>-against-<br><br>PROTECTIVE LIFE & ANNUITY INSURANCE COMPANY,<br><br>             Defendant.<br>--------------------------------------------------------------X | 08 CV 2805 (VM)<br><br>**CONSENT TO CHANGE ATTORNEY** |

      IT IS HEREBY CONSENTED THAT ABEND & SILBER, PLLC of 419 Park Avenue S., 2nd Fl., New York, New York 10016 be substituted as attorney(s) of record for the undersigned party in the above-entitled action in place and stead of the undersigned attorney(s) as of the date hereof.

Dated: New York, New York
       May 29, 2008

_____
Harry Douglas

_____
Abend & Silber, PLLC

_____
Lindenbaum & Silber, PLLC

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-12-08

RICHARD ABEND
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02AB6017963
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MARCH 03, 2011

SO ORDERED:

6-12-08     _____
DATE        VICTOR MARRERO, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Harry Douglas

                                Plaintiff,

                                                  08 CIVIL 2805 (VM)

        -against-

Protective Life and Annuity Insurance Company

                                Defendant.
-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**
Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: <u>Richard Henry Abend</u>
☑ *Attorney*

    ☑ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
    <u>RA 0135</u>

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☑ *Law Firm/Government Agency Association*

    From:   <u>Lindenbaum & Silber, PLLC</u>

    To:     <u>Abend & Silber, PLLC</u>

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐ *Address:* <u>419 Park Avenue South, 2nd Fl New York, NY 10016</u>

☐ *Telephone Number:* <u>(212) 532-7575</u>

☐ *Fax Number:* <u>(212) 532-8180</u>

☐ *E-Mail Address:* <u>rabend@abendsilber.com</u>

Dated: 6/9/08                  *[signature]*
                                         Richard H. Abend
                                         RA 0135

| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------X<br>HARRY DOUGLAS,<br><br>　　　　　　　Plaintiff,<br><br>-against-<br><br>PROTECTIVE LIFE & ANNUITY INSURANCE COMPANY,<br><br>　　　　　　　Defendant.<br>-------------------------------------------------------------X | 08 CV 2805 (VM)<br><br>**AFFIDAVIT PURSUANT TO LOCAL RULE 1.4** |

　　I am an attorney duly admitted to practice in the U.S.D.C., Southern District of New Yew York and my Bar Number is RA 0135.

　　I have resigned from my employment at Lindenbaum & Silber, PLLC and I am now a member of Abend & Silber, PLLC. I will continue to represent the plaintiff in the above captioned lawsuit.

_____
Richard H. Abend
RA 0135

JOSHUA SILBER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02SI5073451
Qualified in Nassau County
My Commission Expires February 24, 2011